IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMERSON YAZZIE and HELEN YAZZIE
as Guardians and Next Friends of
ERNEST YAZZIE, and his minor children, M.J.Y.,
S.Y., and B.J.Y.,

      Plaintiffs,

vs.                                CIV No. 12-479 RB/GBW

THE BOARD OF COUNTY COMMISSIONERS OF
SAN JUAN COUNTY *et al.*,

      Defendants.

## ORDER PERMITTING FILING OF AMENDED ANSWER BY BLOOMFIELD DEFENDANTS

The Court having been advised of the Stipulation of all parties to the filing of Bloomfield Defendants' Amended Answer to Plaintiffs' First Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Bloomfield Defendants may file an Amended Answer, as approved by the parties.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE