IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMERSON YAZZIE and HELEN YAZZIE,
as Guardians and Next Friends of
ERNEST YAZZIE, and his minor children M.J.Y.,
S.Y., and B.J.Y.,

        Plaintiffs,

vs.                              NO. CV 12-00479 KG/GBW

THE BOARD OF COUNTY COMMISSIONERS OF
SAN JUAN COUNTY, THE CITY OF BLOOMFIELD,
CORRECTIONAL HEALTHCARE COMPANIES, Inc. d/b/a
CHC Companies, Inc. and/or d/b/a Correctional Healthcare
Management, Inc. MICHAEL KOVACS, THOMAS C. HAVEL,
ANDY DARBY, NANCY BAUER, MAHRANDA GALLEGOS,
BRYAN BANYACYA, NATHANAEL BANKS,
DURANDA HARRISON, SHAUN CROCKETT, MARCELLA
COOLIDGE, BRANDON CROCKETT, BOBBY SIMPSON, and
JOHN/JANE DOES 1-4 in their Individual Capacities

        Defendants.

## STIPULATED ORDER OF JUDGMENT ON THE PLEADINGS AS TO COUNT IX OF PLAINTIFF'S SECOND AMENDED COMPLAINT

THIS MATTER having come before the Court upon Defendant Correctional Healthcare Company's Motion for Partial Judgment on the Pleadings (Doc. No. 113, filed Nov. 7, 2014) as to Count IX of Plaintiff's Second Amended Complaint, and Plaintiffs having stipulated to Dismissal of this Count of the Second Amended Complaint, the Court finds that CHC's Motion for Judgment on the Pleadings is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Judgment on the Pleadings shall be entered in favor of Correctional Healthcare Companies, Inc., and the Board of County Commissioners of San Juan County as to Count IX of Plaintiff's Second Amended Complaint.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Count IX of Plaintiff's Second Amended Complaint, for Breach of Contract, is hereby dismissed with

prejudice as to Correctional Healthcare Companies, Inc., and the Board of County Commissioners of San Juan County.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs and fees with regard to the dismissal of the aforementioned count.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

PARK & ASSOCIATES, LLC

/s/**Lawrence M. Marcus**_____ \_\_\_\_\_
Alfred A. Park
Lawrence M. Marcus
6100 Uptown Blvd. N.E., Suite 350
Albuquerque, NM 87110
*Counsel for Defendant Correctional Healthcare*
*Companies, Inc.*

and

CHILDRESS LAW FIRM, LLC

/s/\_ **electronic approval 1/23/15**
Ronald J. Childress
6000 Uptown Blvd. NE, Suite 305
Albuquerque, NM 87110
*Counsel for Defendant Board of County Commissioners of*
*San Juan County*

and

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM. SCHOENBURG, & BIENVENU, L.L.P.

/s/\_\_ **electronic approval 1/12/15**
Carolyn M. "Cammie" Nichols
Brendan K. Egan
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102
*Counsel for Plaintiffs*

2