**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

EMERSON YAZZIE, ET AL.,

      Plaintiffs,

v.                                              CIV 12-0479 KG/GBW

BOARD OF COUNTY COMMISSIONERS
OF SAN JUAN COUNTY, ET AL.,

      Defendants.

**ORDER OF REFERENCE**

    Pursuant to the provisions of 28 U.S.C. §636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to U.S. Magistrate Judge Gregory B. Wormuth to conduct a fairness hearing.

    The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. §636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE