IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EMERSON YAZZIE and HELEN YAZZIE**
as Guardians and Next Friends of
**ERNEST YAZZIE, and his minor children, M.J.Y.,
S.Y., and B.J.Y.,**

     Plaintiffs,

vs.                                                                 Cause No. CIV-12-00479 KG/GBW

**THE BOARD OF COUNTY COMMISSIONERS OF
SAN JUAN COUNTY, THE CITY OF BLOOMFIELD,
CORRECTIONAL HEALTHCARE COMPANIES, Inc., d/b/a
CHC Companies, Inc., and/or d/b/a Correctional Healthcare
Management, Inc., MICHAEL KOVACS, THOMAS C. HAVEL,
ANDY DARBY, NANCY BAUER, MAHRANDA GALLEGOS,
BRYAN BANYANCA, NATHANAEL BANKS,
DURANDA HARRISON, SHAUN ROBERTS, MARCELLA
COOLIDGE, BRANDON CROCKET, BOBBY SIMPSON, and
JOHN/JANE DOES 1-4,**

     Defendants.

**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS
MICHAEL KOVACS, THOMAS C. HAVEL, ANDY DARBY,
NANCY BAUER, MAHRANDA GALLEGOS, BRYAN BANYACYA,
NATHANAEL BANKS, DURANDA HARRISON, SHAUN ROBERTS,
MARCELLA COOLIDGE, BRANDON CROCKETT, AND BOBBY SIMPSON**

     **THIS MATTER** came before the Court upon the parties Joint Motion to Dismiss Defendants Michael Kovacs, Thomas C. Havel, Andy Darby, Nancy Bauer, Mahranda Gallegos, Bryan Banyacya, Nathanael Banks, Duranda Harrison, Shaun Roberts, Marcella Coolidge, Brandon Crockett, and Bobby Simpson.  The Court, being fully advised in the premises, **FINDS** that this cause should be dismissed as to Defendants Michael Kovacs, Thomas C. Havel, Andy

Darby, Nancy Bauer, Mahranda Gallegos, Bryan Banyacya, Nathanael Banks, Duranda Harrison, Shaun Roberts, Marcella Coolidge, Brandon Crockett, and Bobby Simpson.

**IT IS THEREFORE ORDERED** that the above-entitled cause against Defendants Michael Kovacs, Thomas C. Havel, Andy Darby, Nancy Bauer, Mahranda Gallegos, Bryan Banyacya, Nathanael Banks, Duranda Harrison, Shaun Roberts, Marcella Coolidge, Brandon Crockett, and Bobby Simpson are dismissed with prejudice. The parties shall bear their own court costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Approved via email 06/17/15*
Richard Rosenstock, Esq.
1121 Paseo de Peralta
Santa Fe, New Mexico  87501
Richard.rosenstock@gmail.com
    AND
Carolyn M. "Cammie" Nicols, Esq
Brendan K. Egan, Esq
Rothstein, Donatelli, Hughes, Dahlstrom,
Schoenburg & Bienvenue, LLP
500 4th Street, NW, Suite 400
Albuquerque, New Mexico  87102
cmnichols@rothsteinlaw.com
bkegan@rothsteinlaw.com
*Attorneys for Plaintiff*

*/s/ James P. Sullivan*
James P. Sullivan
Brennan & Sullivan, P.A.
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
Jamie@brennsull.com
**Attorneys for City of Bloomfield Defendants**


*Approved via email 06/24/15*
Ronald J. Childress, Esq.
Childress Law Firm, LLC
6000 Uptown Blvd., NE #305
Albuquerque, NM  87110
(505) 883-8555
(505) 883-9374   FAX
ron@childresslawfirm.com
**Attorneys for San Juan County Defendants**


*Approved via email 06/19/15*
Alfred A. Park, Esq.
Lawrence M. Marcus, Esq.
Park & Associates, LLC
6100 Uptown Blvd., Suite 350
Albuquerque, NM  87110
apark@parklawnm.com
lmarcus@parklawnm.com
**Attorneys for Defendants Correctional Healthcare Companies, Inc.**